No. 81–6851.  GARRETT v. MISSOURI.  Sup. Ct. Mo. Certiorari denied.

No. 81–6868.  PLATSHORN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 81–6936.  PINSON v. CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 82–54.  MCCABE v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 2d Cir.  Certiorari denied.

No. 82–57.  HOBSON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 82–59.  BROCK v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 82–72.  WILKINSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 82–74.  ANTELMAN v. DECATALDO, REVENUE AGENT, ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 82–79.  D'AMBROSIO v. BOARD OF EDUCATION OF THE WARREN HILLS REGIONAL SCHOOL DISTRICT.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 82–81.  CABLEVISION SYSTEMS DEVELOPMENT CO. ET AL. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir.  Certiorari denied.

No. 82–84.  GENS ET AL. v. UNITED STATES.  Ct. Cl. Certiorari denied.

No. 82–87.  PUERTO RICO MARITIME SHIPPING AUTHORITY v. FEDERAL MARITIME COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.